

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00399-CR

Jamie Lynn **MCCORD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR5049
Honorable Lorina I. Rummel, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 5, 2019.

_____
Irene Rios, Justice